■ RICHARD A. ROMEO et al., as Executors of ROBERT D. ROMEO, Deceased, Plaintiffs, and ROMEO & ROMEO, Appellant, v LEONARD F. SCHMIDT et al., Respondents. (Appeal No. 2.) [668 NYS2d 113] —Order unanimously affirmed with costs. Memorandum: Supreme Court did not abuse its discretion in granting a stay of enforcement of the judgment awarded by this Court on the prior appeal in this matter (*Romeo v Schmidt,* 229 AD2d 992, *lv dismissed* 89 NY2d 1086; *see,* CPLR 2201; *Michaelson Assocs. v Soifer,* 182 AD2d 503, 505). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Stay.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.

■ RICHARD A. ROMEO et al., as Executors of ROBERT D. ROMEO, Deceased, Plaintiffs, and ROMEO & ROMEO, Appellant-Respondent, v LEONARD F. SCHMIDT et al., Respondents-Appellants. (Appeal No. 3.) [668 NYS2d 114] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in granting that portion of defendants' cross motion seeking to enjoin disposition of the remaining escrow funds held by plaintiffs and directing disclosure of records pertaining to the current status of the escrow account and any and all assets therein. Because there are triable issues of fact regarding the management of the escrow funds, the alleged breach of fiduciary duty by plaintiffs and the validity of the claimed assignment, the court properly denied the motion of defendants for summary judgment on their second and third counterclaims. (Appeals from Order of Supreme Court, Onon-

daga County, Hurlbutt, J.—Disclosure.) Present—Pine, J. P., Hayes, Wisner, Callahan and Doerr, JJ.